2016 JAN 19 AM 10: 20



# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | NO. 72044-9-I |
| | ) | |
| Respondent, | ) | DIVISION ONE |
| | ) | |
| v. | ) | |
| | ) | UNPUBLISHED OPINION |
| BRADLEY AARON BARTLETT, | ) | |
| | ) | |
| Appellant. | ) | FILED: JAN 1 9 2016 |

PER CURIAM — Bradley Bartlett appeals the sentence imposed following his guilty plea to possession of heroin with an aggravating factor. Bartlett contends, and the State concedes, that the combination of confinement and community custody exceeds the statutory maximum term for his offense. We accept the concession of error and remand for the court "to either amend the community custody term or resentence." State v. Boyd, 174 Wn.2d 470, 473, 275 P.3d 321 (2012).

FOR THE COURT: